IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

RAYMOND DAVIS, SR.,

                Defendant.

ORDER

09-cr-94-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In a telephone scheduling conference on March 9, 2010, counsel agreed to the following schedule for briefing defendant's motion to dismiss his indictment under <u>District of Columbia v. Heller</u>, 128 S.Ct. 2783 (2008). Defendant may have until March 19, 2010, in which to file his brief in support of the motion. The government may have until March 26, 2010, in which to respond and defendant may have until April 6, 2010 in which to file and serve his reply.

Entered this 9th day of March, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1